UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ, | No. 2:21-cv-1592 DB P |
| Plaintiff, | |
| v. | ORDER |
| LADAN, | |
| Defendant. | |

Plaintiff has requested an extension of time to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

2. Plaintiff 's application to proceed in forma pauperis (ECF No. 6) is deemed timely filed.

DATED: October 27, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/gome1592.36ifp