1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD GOMEZ,                              No.  2:21-cv-1592 KJM DB P

12            Plaintiff,

13        v.                                    ORDER

14   LADAN,

15            Defendant.

16

17        Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983.

18   Plaintiff alleges defendant acted with deliberate indifference in violation of the Eighth

19   Amendment when she failed to treat plaintiff's high blood pressure.  Before the court is plaintiff's

20   motion to compel defendant to respond to his request for production of documents.  For the

21   reasons set forth below, this court will deny plaintiff's motion as moot.

22        Plaintiff states that as of the date he submitted his motion, he had not received documents

23   responsive to his request.  The parties agree that defendant provided plaintiff with a preliminary

24   response to the document production request and informed plaintiff that defendant's counsel was

25   continuing to seek responsive documents and would provide any she located.  In the opposition,

26   defendant's counsel states that she provided plaintiff with all responsive documents in her

27   custody or control on October 4 and 5.  She also informed plaintiff in a supplemental response

28   ////

1

1   that some items he sought do not exist.  Plaintiff has not filed a reply to the opposition so there is

2   no indication he contests defendant's supplemental response.

3         Because plaintiff appears to have received documents responsive to his document

4   production request, this court finds good cause to deny plaintiff's motion to compel (ECF No. 24)

5   as moot.

6         IT IS SO ORDERED.

7   Dated:  December 9, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/gome1592.mtc moot

2