UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ, | No. 2:21-cv-1592 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| LADAN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested appointment of counsel. Plaintiff states that he is "A QUADRUPLE, ADA PATIENT WITH NO MUSCULAR MOVEMENT OF MY FINGERS, WHEELCHAIR BOUND. . . . I AM NOT A PARALEGAL NOR DID I GO TO LEGAL SCHOOL."

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the district court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

The test for exceptional circumstances requires the court to evaluate the plaintiff's likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Circumstances

common to most prisoners, such as lack of legal education and limited law library access, do not establish exceptional circumstances that would warrant a request for voluntary assistance of counsel. In the present case, while plaintiff may have difficulty completing filings, his filings show an ability to adequately prosecute his case. (See ECF Nos. 1, 24.) The court does not find the required exceptional circumstances. However, the court will give plaintiff additional time to file an opposition to defendant's summary judgment motion.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion for the appointment of counsel (ECF No. 33) is denied; and
2. Within thirty days of the date of this order, plaintiff shall file an opposition to defendant's motion for summary judgment. .

Dated: June 24, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/gome1592.31

2