UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ, | No. 2:21-cv-1592 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| LADAN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has requested an extension of time to file an opposition to defendant's April 20, 2023, motion for summary judgment. Defendant does not oppose the request. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 36) is granted; and

2. Plaintiff is granted twenty days from the date of this order in which to file an opposition to defendant's motion for summary judgment.

DATED: August 3, 2023

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/gome1592.36 opp